AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

SOUTHERN  DISTRICT OF  TEXAS

UNITED STATES OF AMERICA
V.

1. Luis CARRASCO-Duque         YOB: 1990, MXC
2. Juan Angel GARZA-Bermudes   YOB: 1974, MXC
3. Luis GONZALEZ-Martinez      YOB: 1978, MXC
4. Luis RANGEL-Quesada         YOB: 1994, MXC
5. Benito VILLAREAL-Roque      YOB: 1996, MXC

## CRIMINAL COMPLAINT

CASE NUMBER: M-18-0070-M

United States District Court
Southern District of Texas
FILED

JAN 1 2 2017

Clerk of Court

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 11, 2018,__ in __Starr__ county, in the __Southern__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally possess with the Intent to Distribute approximately 158 kilograms of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally conspire to possess with the Intent to Distribute approximately 158 kilograms of Marijuana, a Schedule I Controlled Substance.

in violation of Title __21__ United States Code, Section(s) __846, 841 (a) (1)__

I further state that I am a(n) __DEA Task Force Officer__ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof:   X Yes   No

approved by
AJ 8T

Signature of Complainant
Joe Aguilar Jr., DEA Task Force Officer

Sworn to before me and subscribed in my presence,

January 12, 2018                                          At   McAllen, Texas
Date                                                            City and State

J. Scott Hacker, U.S. Magistrate Judge
Name & Title of Judicial Officer                                 Signature of Judicial Officer

## ATTACHMENT

On January 11, 2018, Rio Grande City Border Patrol Tactical Operations Center was notified of intelligence gathered indicating a possible smuggling attempt of narcotics in an area south of Rio Grande City, Texas known as "round up". Moments after relaying the information, Border Patrol air asset code name "BOA" confirmed observing 11 suspects with 6 bundles south of Rio Grande City, Texas.

At approximately 7:30pm "BOA" observed a raft with 11 subjects cross the Rio Grande River in to the United States with bundles, south of an area known as "corpus gate". As the raft made landfall, "BOA" reported observing the subjects proceed north bound with 6 bundles. Border Patrol Agents (BPA) Courtney Hurd and Margarito Solis arrived in the area and were quickly notified that the subjects had dropped the bundles and fled west on foot. BPA Solis and Hurd located and secured 6 bundles of marijuana where the subjects initially fled on foot. The bundles had an approximate weight of 158 kilograms.

"BOA" maintained constant visual of all the subjects and directed BPA's to the subject's exact location. BPA's were able to apprehend 5 of the subjects with 3 subjects absconding by swimming back to Mexico via the Rio Grande River.

DEA TFO Joe Aguilar, TFO Eduardo Hernandez, TFO David Ponce and USBP Victor Soliz responded to the Rio Grande City Border Patrol Station to conduct the investigation.

All 5 subjects were interviewed after waving there Miranda warnings. Each subject indicated that they were picked up in Camargo, Mexico and forced to take a bundle of marijuana each. Once each was given a bundle, they were then crossed in to the United States from Mexico in a boat. As the subjects began walking north from the Rio Grande River, Border Patrol units were seen approaching. The subjects then dropped the bundles and attempted to elude capture by running away. Several subjects had strap markings on their body. All 5 subjects admitted to knowing that they were crossing illegal narcotics in to the United States, but claim they were forced.